**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**United States of America,**

**Appellee,**

**v.** **No. 00-CR-026-01T**

**Andre Tucker,**

**Appellant.**

**<u>AFFIDAVIT OF DAVID LEWIS</u>**

I, David Lewis, depose and state as follows:

1. I am an attorney licensed to practice in Massachusetts. I was the appellate attorney for Mr. Andre Tucker, the defendant in the above-captioned matter, on the appeal of his conviction. The docket number of the appeal in the United States Court of Appeals, First Circuit is 02-2624.

2. I filed an appellate brief on March 17, 2004 in the First Circuit, U.S. Court of Appeals on Mr. Tucker's behalf. I did not raise any issues related the *Apprendi* case or seek to preserve the issue in any way. See *Apprendi v. New Jersey*, 530 U.S. 466 (2000). Mr. Tucker requested that I consider the issue and, when I informed him I would not be including it, requested that I include a supplemental pro se brief raising and discussing the issue. I did so.

3. The U.S. Supreme Court's issued its decision in *Blakely* while Mr. Tucker's appeal was pending. See *Blakely v. Washington*, 542 U.S. —, 124 S. Ct. 1531

(2004). Under the terms of the case, *Blakely* applies to Mr. Tucker's case.

4. My decision not to raise and preserve the *Apprendi* issue was not a strategic one. I focused on other issues and did not do the research necessary to appreciate the influence the case, especially when combined with the decision in *Blakely* and later *United States v. Booker*, 543 U.S. —, 125 S. Ct. 738 (2005), would have.

Signed under the pains and penalties of perjury.

David Lewis, Esq.
#566089
124 Mount Auburn Street
Suite 200N
Cambridge, MA 02138
617.621.1551

Dated: August 15, 2005