LEWIS & MALONE, LLP
Appellate Practice Group
124 Mount Auburn Street, Suite 200N
Cambridge, Massachusetts 02138
www.appellatepracticegroup.com

David A.F. Lewis
Telephone: 617.621.1551

Patricia M. Campbell Malone
Telephone: 617.621.1552

August 15, 2005

Andre Tucker
Ray Brook FCI
128 Ray Brook Road, Post Office Box 9006
Ray Brook, NY 12977

Re: *U.S. v. Tucker*, 02-2624

Dear Mr. Tucker:

After a great deal of thought, I believe that it is in your best interests for me to not do your habe petition. I came to this conclusion because I believe that while your petition will be a good one with me doing it, it will be that much better if you do it and claim I was ineffective regarding raising the *Blakely* issue in your appeal. I have enclosed a short affidavit that you can attach to the habe saying that my choice was not strategic, but based on lack of information. I hope it is enough to get you back into court.

I have also enclosed an assortment of cases that I believe may help you in preparing your habe. In one way or another, they discuss the retroactivity of *Blakely* and *Booker*. The enclosed cases may help and they may be worthless. I only looked them over quickly and make no representation to you that they are helpful to you and your case. I simply believed they were worth you looking at and considering.

I have also enclosed an assortment of documents from your case that you should attach to the habe when you file it. Please note that the Supreme Court denied your cert petition on October 4, 2004. <u>You therefore must file the habe by October 4, 2005</u>. The petition does not have to be long, so you have plenty of time.

If you have any questions, please do not hesitate to contact me. It has been a pleasure representing you. Good luck.

Very truly yours,

David Lewis

Encls.