IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDRE D. TUCKER, PETITIONER -vs- UNITED STATES OF AMERICA, RESPONDENT, | NOTICE OF MOTIONS<br>28 § 2250<br>18 § 3006A(a)(1)(A)(D)(H)(B)<br>DOCKET No.02-2624<br>CRIM. No.00-26 |

RE: Unite States v. Tucker 02-2624

Pursuant to 28 § 2250, petitoner moves the Honorable Court to forward entitled documents " without cost," Namely, Docket Sheet and The First Circuit Court Of Appeals (3) Three Honorable Judges, Torruella,(Circuit Judge), Stahl (Senior Circuit Judge) And Lynch(Circuit Judge) Written Judgment Off The Record On why petitoners appeal was denied so petitoner can have an understanding on how to respond for the 18 § 2255.

Petitoner submit, pursuant to 28 § 2250 all the above documentation held in the Federal Archive Record Center he is in fact entitled to with out cost. ( Note That: At this present time petitoner is without an attonery).

Secondly, pursuant to 18 § 3006A(a)(1)(A)(D)(H)(B), petitoner moves this honorable court to appoint counsel to represent petitoner on his § 2255 motion. Subsection § 3006A(a)(1)(A)(D)(H)(B), odviously, petitoner have met all the requirnents for the above respected requested counsel.

Thirdly, petitoner respectfully request that this Honorable Court also grant and Extension Of Time from the Habe filing deadline Date of October 4, 2005, Until counsel is obtain and he or she get to know petitoners case and file petitoners § 2255.

Thank You In Advance For Time And Consideration In This Matter.

Andre D. Tucker
Andre D. Tucker
04816-070

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDRE D. TUCKER,,

PETITONER,

-vs-

UNITED STATES OF AMERICA,

RESPONDENT,

DOCKET No. 02-2624
CRIM No. 00-26

MOTIONS

28 § 2250 and;

18 § 3006A (a)(1)(A)(D)(H)(B)

Pursunt to; 28 §-2250 of particular proceedings, petitoner if entitled to the requested documentation;

i). Docket Sheet (Master) and;

ii). The Three Circuit Judges Judgement on why petitoners appeal to the First Curcuit was Dismissed. (without cost).

Pursumt to,,18 § 3006A(a)(1)(A)(D)(H)(B), petitoners is also entitled to have an attoney represent petitoner on his § 2255 motion.

Once again, Thank You In Advance For Your Time And Consideration In This Matter.

Andre D. Tucker
04816-070