IN THE UNITED STATES DISTRICT COURT
FOR THE DOSTRCT OF RHODE ISLAND

ANDRE D. TUCKER,

PETITONER,

-vs-

UNITED STATES OF AMERICA,

RESPONDENT,

DOCKET No.02-2624
CRIM No.00-26

APPLICATION IN FORMA PAUPERIS

AND

ORDER

Petitoner moves thisHonorable Court for an order permitting petitoner to proceed in " Forma Pauperis pursunt to 28 § 2250.

Petitoner was represented by David A.F. Lewis at:

124 Mount Auburn Street, Suite 200N Cambridge,
Massachusetts 02138 www.appellatepracticegroup.com
Number, 617. 621. 1551 and 1552.

Apparently, Mr. Lewis is no longer petitoners attorney. The Address and phone number is above so the you may follow up on my submition of my claim under 18 § 3006A and my request.

Petitoner respectfully reques that this Honorable Court furnish the above requested to The Clerk of The court and have her or him forward the counsels name and address to petitoners address enclsed on the cover letter and also the requested documents under § 2250 motion submitted.

It Is Herby on this_______ day of _______, 2005 this Honorable Court Grant _______or Denied petitoners request for documents and Appointed Counsel.

_______________________
Judge Of This Court

**CERTIFICATION OF SERVICE**

On this 4th day of Sep., 2005 I do hereby notify this court that I furnished copies to the First Circuit Court Of Appeals attention; Clerk Of The Court.

Also on this 4th day of Sep., 2005 I also furnished the same metioned above documents to A.U.S.A. Donald C. Lockhart at:

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tele: (401) 528-5477

Notice Of Motion, Motions, Certification and Cover Letter, all has been served on the government .

I , Andre D. Tucker , upon oath and truth, submit that all I have submit is true and if not I and Subjected to punishment under penalty of purjury.

Andre D. Tucker
04816-070

Date : 4th day of Sep., 2005