UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ANDRE D. TUCKER,

Plaintiff,

v. C.A. No. 05-412T

UNITED STATES OF AMERICA,

Defendant.

ORDER

Petitioner's motions (1) to proceed without prepayment of fees and (2) for appointment of counsel are hereby denied. Petitioner's motion to extend the deadline for filing his motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255, is hereby denied as moot because Petitioner timely filed the latter motion on October 3, 2005. The Clerk is hereby directed to send to Petitioner copies of (1) this Court's docket sheet in Cr. No. 00-26T and (2) the decision of the United States Court of Appeals for the First Circuit denying Petitioner's appeal of his sentence (Case No. 02-2624).

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: December 21, 2005